# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAZAR DJOKIC, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No. CV 14-1570 FMO (FFMx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of July, 2014.

 

/s/
Fernando M. Olguin
United States District Judge